UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-117-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SH-KILL TURNER | ) | |

Upon the unopposed motion of the Government, in the interest of justice, this matter is hereby reassigned to the Honorable Terrence W. Boyle. All further pleadings should reflect case number 5:18-CR-117-1BO.

This the __7__ day of ____May____, 2018.

JAMES C. DEVER, III
Chief United States District Judge